# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FIVE SPRINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>     Appellant,<br>vs.<br>IOTA VIOLET, LLC, A REVOKED FOREIGN LIMITED LIABILITY COMPANY; IOTA CORAL, LLC, A REVOKED FOREIGN LIMITED LIABILITY COMPANY; IOTA CINNAMON, LLC, A NEVADA LIMITED LIABILITY COMPANY; IOTA RED, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND IOTA ROYAL, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>     Respondents. | No. 73535 |
| IOTA VIOLET, LLC, A REVOKED FOREIGN LIMITED LIABILITY COMPANY; IOTA CORAL, LLC, A REVOKED FOREIGN LIMITED LIABILITY COMPANY; IOTA CINNAMON, LLC, A REVOKED FOREIGN LIMITED LIABILITY COMPANY; IOTA RED, LLC, A REVOKED FOREIGN LIMITED LIABILITY COMPANY; AND IOTA ROYAL, LLC, A REVOKED FOREIGN LIMITED LIABILITY COMPANY<br>     Appellants,<br>vs.<br>FIVE SPRINGS LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>     Respondent. | No. 74643 |

FILED

MAY 2 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

Pursuant to the joint motion of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Linda Marie Bell, District Judge
Persi J. Mishel, Settlement Judge
Ballard Spahr LLP/Las Vegas
Schwartz Flansburg PLLC
Ballard Spahr LLP/Washington DC
Eighth District Court Clerk